Derek SMITH, Respondent

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Petitioner.

Supreme Court of Pennsylvania.

Aug. 11, 2016.

## ORDER

PER CURIAM.

AND NOW, this 11th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Does the Commonwealth Court's decision conflict with this Court's decision in *Gaito v. Pennsylvania Board of Probation and Parole?*